IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| ROBERT GONZALEZ, | § | |
| *Plaintiff,* | § | Civil Action No, |
| v. | § | DR-20-CV-023-AM-VRG |
| ALLSTATE FIRE AND CASUALTY | § | |
| and COREY TATE, | § | |
| *Defendants.* | § | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT and DECLARATORY JUDGMENT ACTION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, ROBERT L. GONZALEZ, Plaintiff, and files this his MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT and DECLARATORY JUDGMENT ACTION, and respectfully shows as follows:

1. This is the first request for an Amendment in this case.

2. Plaintiff filed an initial Petition in state court and was removed to this court.

3. Plaintiff has timely filed a Motion for Remand currently pending before this court.

4. The Scheduling Order entered in this case requires pleading amendments by September 18, 2020.

5. Plaintiff's initial Petition has not been amended since the filing of Defendant's Notice of Removal.

6. Plaintiff requests permission from the court to file the attached Exhibit A – Plaintiff's First Amended Complaint and Declaratory Judgment Action. This Amended Complaint is being filed to clarify Plaintiff's causes of action currently in Federal Court.

Respectfully submitted,

WAYNE WRIGHT, L.L.P.
5707 Interstate Ten West
San Antonio, Texas 78201
Telephone: (210) 734-7077
Telefacsimile: (210) 734-9965

BY: _____
DONALD L. CROOK
State Bar No. 00783901
dcrook@waynewright.com
**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct of the above and foregoing has been served, on this the 15th day of September, 2020, by electronic service, on:

Mathews J. Metyko
mmetyko@valdeztrevino.com
Jose " JJ" Trevino, Jr.
jtrevino@valdeztrevino.com
VALDEZ & TREVIÑO, ATTORNEYS AT LAW, P.C.
Callaghan Tower
8023 Vantage Drive, Suite 700
San Antonio, Texas 78230
Telephone: (210) 598–8686
Facsimile: (210) 598–8797
ATTORNEYS FOR DEFENDANTS

_____
DONALD L. CROOK