UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| ROBERT L. GONZALEZ<br>*Plaintiffs,* | §<br>§<br>§ | |
| v. | §<br>§ | DR 2:20-CV-00023-AM-VRG |
| ALLSTATE FIRE AND CASUALTY<br>INSURANCE COMPANY AND COREY<br>TATE<br>*Defendants.* | §<br>§<br>§<br>§ | |

**JOINT NOTICE OF SETTLEMENT**

TO THE HONORABLE COURT:

Now come Plaintiff, Robert L. Gonzalez, and Defendants, Allstate Fire and Casualty Insurance Company and Corey Tate, (the "Parties") in the above styled and numbered cause.

1. The Parties advise the Court that they have settled this matter.

2. The Parties will exchange settlement paperwork and dismissal documents will be forthcoming.

3. Accordingly, the Parties ask that all pending deadlines, hearings, and trial settings be removed from the Court's docket.

Respectfully submitted,

**VALDEZ & TREVIÑO, ATTORNEYS AT LAW**

*/s/ Mathews J. Metyko*
**Robert E. Valdez**
State Bar No.: 20428100
revaldez@valdeztrevino.com
**Mathews J. Metyko**
State Bar No. 24096574
mmetyki@valdeztrevino.com
Callaghan Tower
8023 Vantage Drive, Suite 700
San Antonio, Texas 78230
Telephone: (210) 598-8686
Facsimile: (210) 598-8797
*ATTORNEYS FOR DEFENDANTS*

And

**WAYNE WRIGHT, LLP**

_____
**Donald L. Crook, Jr.**
State Bar No. 00783901
dcrook@waynewright.com
5707 Interstate 10 West
San Antonio, Texas 78201
Telephone: (210) 734-7077
Facsimile: (210) 734-9965
*ATTORNEY FOR PLAINTIFF*

{00642279}   2