IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| ROBERT L. GONZALEZ,<br>　　Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and COREY TATE,<br>　　Defendants. | §<br>§<br>§<br>§　Civil Action No.<br>§　DR-20-CV-023-AM/VRG<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL WITH PREJUDICE

On November 19, 2020, the parties filed a stipulation of dismissal that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against the Defendants are **DISMISSED WITH PREJUDICE** as set forth in the stipulation of dismissal. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action (ECF Nos. 4, 11) be **DENIED** as moot and that a Clerk's judgment shall immediately issue.

SIGNED and ENTERED on this 1st day of December, 2020.

_____
ALIA MOSES
United States District Judge